1  Maria E. Quiroga
   Nevada State Bar Number: 13939
2  7935 W. Sahara Ave.
   Suite #103
3  Las Vegas, NV 89117
   (702) 972-8348
4  Maria@QuirogaLawOffice.com
   *Attorney for Plaintiffs*
5

6              **UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT OF NEVADA**
7

8  FLORINDA GARCIA RIVERA and FELIPE
   CARRERA MENDEZ**,**                           CASE NO.: 2:23-cv-00724-APG-EJY
9
                       Plaintiffs,               **JOINT STIPULATION OF**
10                                               **DISMISSAL OF CASE WITH**
           v.                                    **PREJUDICE**
11
   LOREN K. MILLER, ALEJANDRO                    NOTED WITHOUT ORAL
12 MAYORKAS, UR MENDOZA JADDOU,                  ARGUMENT
   ANTONY J. BLINKEN, PHILLIP SLATTERY,
13 RICHARD C. VISEK.

14                     Defendants.

15
        Pursuant to Rule (41)(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs
16
   Florinda Garcia Rivera and Felipe Carrera Mendez, by and through their attorney, and attorney for
17
   the Defendants, respectfully submit this Joint Stipulation of Dismissal of Case with Prejudice.
18
        On August 2, 2023, the parties submitted a Stipulation to Stay Case pending resolution of
19
   the *Mercado* appeal, which was granted on August 3, 2023, and the parties were ordered to file 6
20
   months status reports beginning on February 5, 2024, which they have complied with.
21
        The parties now bring this stipulation to seek dismissal of all claims against all Defendants.
22
   At this time Defendants have adjudicated and approved what was requested in Plaintiffs'
23
   Complaint and Plaintiffs' claims are now moot. The parties agree that upon dismissal each party
24

is to bear its own fees and costs for litigation on this case.

Respectfully submitted on this 11th day of February 2025.


s/*Maria Quiroga*                                s/Richard T. Colonna
Maria E. Quiroga                                  Richard T. Colonna
Nevada State Bar Number: 13939          Assistant United States Attorney
*Attorney for Plaintiffs*                           *Attorney for the United States*


IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATE:  February 12, 2025